## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JOSHUA M. STOCKTON**                                                          **PLAINTIFF**
**ADC # 169885**

**v.**                                        **CASE NO: 4:23-cv-00582-JM-JTK**

**JOE PAGE, III, et al.**                                                          **DEFENDANTS**

## <u>ORDER</u>

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney.   After carefully considering Mr. Stockton's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      This action is DISMISSED without prejudice for failure to state a claim on which relief may be granted;

2.      The Court recommends that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g); and

3.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an <u>in forma pauperis</u> appeal from any Order adopting these recommendations and accompanying Judgment would not be taken in good faith.

DATED this 12th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE