IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA M. STOCKTON**  **PLAINTIFF**
ADC # 169885

v.   **CASE NO: 4:23-cv-00582-JM-JTK**

**JOE PAGE, III, et al.**  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 12th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE